## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CENTRAL LABORERS' PENSION,**
**WELFARE AND ANNUITY FUNDS,**

      **Plaintiffs,**

**v.**

**ABERNATHY CONSTRUCTION CO., LLC,**
**and JASON ABERNATHY, individually,**

      **Defendants.**                                  **Case No. 10-cv-777-DRH**

## ORDER

**HERNDON, Chief Judge:**

        Now before the Court is Plaintiffs' Notice of Voluntary Dismissal, Without Prejudice (Doc. 7). The Court **ACKNOWLEDGES** said Notice and the fact that Defendants have neither served their Answer or motion for summary judgment. As such, pursuant to **FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**, this matter is hereby **DISMISSED WITHOUT PREJUDICE**.

        **IT IS SO ORDERED**.

        Signed this 8th day of December, 2010.

David R.
Herndon
2010.12.08
15:31:35 -06'00'

**Chief Judge**
**United States District Court**